# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bruce Roberts Rowell, | No. 24-cv-3326 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Pamela Howard, et al., | |
| Defendants. | |

The Court dismissed this case without prejudice on September 27, 2024, and Plaintiff Bruce Rowell has filed a notice of appeal, ECF 5, and an Application to Proceed In Forma Pauperis ("IFP") on Appeal, ECF 6. Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that she is unable to pay such costs, describing the nature of the appeal and her belief that she is entitled to redress. Based on a review of the record, the Court concludes that Plaintiff qualifies to proceed IFP on appeal. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's appellate IFP application is **GRANTED**.

Date: October 17, 2024

                                                  *s/ Katherine Menendez*
                                                  Katherine Menendez
                                                  United States District Judge